

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00265-CR

Felipe **HERNANDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 17-12-03717-ZCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

After his appointed appellate counsel filed an Anders brief, this court advised the pro se appellant that his pro se brief in this matter, if any, was due on or before December 17, 2018. On November 30, 2018, the pro se appellant filed a motion for extension of time to file his pro se brief. We **GRANT** the pro se appellant's request and **ORDER** the pro se appellant to file his brief in this court **on or before January 16, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the pro se appellant.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court